UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Jose Daniel Ramos-Cruz,<br><br>*Petitioner*,<br><br>v.<br><br>Kristi Noem, *Secretary of the Department of Homeland Security*, et al.,<br><br>*Respondents*. | No. 6:26-cv-169-CRW |

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS**

Before the Court is Petitioner Jose Daniel Ramos-Cruz's petition for writ of habeas corpus (Dkt. No. 1), filed on March 16, 2026. Having considered Petitioner's arguments, the applicable law, and the relevant facts, the Court finds Petitioner's petition for writ of habeas corpus should be denied.

The Fifth Circuit rejected Petitioner's statutory arguments in *Buenrostro-Mendez v. Bondi*, which is binding precedent on this Court. *Buenrostro-Mendez v. Bondi*, 166 F.4th 494 (5th Cir. 2026). Therefore, the Court finds that Petitioner is lawfully detained under § 1225. *See id.*; *see also Salas Rivera v. Mooneyham, et al.*, No. 6:26-CV-00526-CRW-DTG (W.D. Tex. Oct. 14, 2026).

The Fifth Circuit further rejected Petitioner's due-process arguments in *Sosnava Rodriguez v. Vergara*, No. 26-50183 (5th Cir. Oct. 23, 2026) (*en banc*). This Court has likewise denied similar requests for habeas relief on due-process grounds. *See Salas Rivera*. It is in the Court's discretion to deny the writ without issuing an order to

show cause. *Wottlin v. Fleming*, 136 F.3d 1032 (5th Cir. 1998). Under the Fifth Circuit's precedent, the Court finds that Petitioner's requested relief should be denied.

**IT IS THEREFORE ORDERED** that petitioner's petition for writ of habeas corpus (Dkt. No. 1) is **DENIED.** All other requested relief is hereby denied.

So ordered on November 16, 2026, 2026.

CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE